UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS THIGPEN,<br><br>            Plaintiff,<br><br>     v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>            Defendant. | No. 1:18-cv-00827-DAD-SKO<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. 12) |

On September 10, 2018, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 12.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of the Court is directed to close this case. Each party shall bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated:  **September 11, 2018**          /s/ *Sheila K. Oberto*
                                                    UNITED STATES MAGISTRATE JUDGE